IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Jon F. Lucas and Melissa A. Lucas, | ) | C.A. No. 6:05-1663-HMH |
| | ) | |
| Plaintiffs, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| D.R. Horton, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

D.R. Horton, Inc. ("Horton") is hereby ordered to inform the court of its principal place of business and state of incorporation for the purposes of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332(c)(1). Horton is ordered to respond within ten (10) days of the date of this order.

**IT IS SO ORDERED.**

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
June 13, 2005